UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,
Plaintiff,

v.

AMERICAN CYANAMID CO.,
Defendant.

1:21-mc-00017

(Originally Civil Action No. 60-3857)

## ~~PROPOSED~~ ORDER TERMINATING FINAL JUDGMENT

The Court having received the motion of plaintiff United States of America for termination of the final judgment entered in the above-captioned case, and the Court having considered all papers filed in connection with this motion, and the Court finding that it is appropriate to terminate the final judgment, it is

**ORDERED, ADJUDGED, AND DECREED:**

That said final judgment is hereby terminated.

Dated: **JAN 1 9 2021**

_____
George B. Daniels
United States District Court Judge
Southern District of New York